IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| CALVIN TIMBERLAKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 6-08-CV-4 |
| ) | |
| SYNTHES SPINE COMPANY, L.P. and ) | |
| SPINE SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT AGAINST PLAINTIFF CALVIN TIMBERLAKE

The Court has before it the motion of Defendants Synthes Spine Company, L.P. ("Synthes") and Spine Solutions, Inc. ("Spine Solutions") (collectively "Defendants") and for Entry of Judgment against Plaintiff Calvin Timberlake. The Court is of the opinion that this Motion should be GRANTED. IT IS THEREFORE:

ORDERED, ADJUDGED and DECREED that judgment is entered against Plaintiff Calvin Timberlake on all of his claims against Defendants, and that Plaintiff Calvin Timberlake's claims are hereby DISMISSED with prejudice.

Signed this 28th day of June, 2011.

JOHN D. RAINEY
SENIOR U.S. DISTRICT JUDGE